# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FRANK SCHALLER, AS PLENARY GUARDIAN OF THE ESTATE AND PERSON OF MARY GABLE A/K/A MARIE GABLE, AN INCAPACITATED PERSON, | : | No. 69 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| NEW FLYER OF AMERICA INC., AND SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Application for Extraordinary Relief is DENIED.